UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROSSER,<br><br>    Plaintiff,<br><br> vs.<br><br>JENNIFER SCHAFFER, *et al.*,<br><br>    Defendants. | 1:16-cv-01342-DAD-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO REDESIGNATE CASE FROM A REGULAR CIVIL RIGHTS CASE TO A PRISONER CIVIL RIGHTS CASE<br><br>**New Case Number**<br><br>**1:16-cv-01342-DAD-EPG-PC** |

  On September 9, 2016, plaintiff Larry Rosser ("Plaintiff") filed the complaint which commenced this action. (ECF No. 1.)  The Clerk of the Court designated the action as a civil rights action pursuant to 42 U.S.C. § 1983 Civil Rights Act, Nature of Suit 440 Civil Rights: Other.

  The case relates to Plaintiff's conditions of confinement while he was a prisoner at a California state prison. The court hereby construes the case as a prisoner civil rights action pursuant to 42 U.S.C. § 1983.  Therefore, the Clerk of the Court shall change the designation of the present case to reflect that of a prisoner civil rights action pursuant to 42 U.S.C. § 1983, with Nature of Suit 550.

  Plaintiff is advised that the new case number shall be:

1

**1:16-cv-01342-DAD-EPG-PC**,

and all future pleadings and/or correspondence must be so numbered. Plaintiff is advised that use of an incorrect case number, including initials, may result in a delay in your documents being received by the correct judicial officer.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a prisoner civil rights action pursuant to 42 U.S.C. § 1983, with Nature of Suit 550, and to reflect this designation by addition of a PC to the case number;

2. The Clerk is also DIRECTED to reflect the new designation on the Court's docket and issue the appropriate notice; and,

3. Plaintiff's new case number is **1:16-cv-01342-DAD-EPG-PC**, and all future pleadings and/or correspondence must be so numbered.

IT IS SO ORDERED.

Dated: **September 29, 2016**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE